UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN C. CHEEKS,

    Plaintiff

v.                                     Case No. 1:09-cv-02163-CKK

FORT MYER CONSTRUCTION
CORPORATION, et al.

    Defendants.

---

**DEFENDANT FORT MYER CONSTRUCTION CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO SUBMIT SUMMARY OF DAMAGES BY DEFENDANT FORT MYER CONSTRUCTION CORPORATION TO THE JUDGE AND COURT FOR DEFAULT JUDGMENT ORDER**

    COMES NOW the Defendant, Fort Myer Construction Corporation, by and through its undersigned counsel, and hereby files its Opposition to Plaintiff's Motion to Submit Summary of Damages by Defendant Fort Myer Construction Corporation, to the Judge and Court for Default Judgment Order

    1.    On or about December 18, 2009, Plaintiff John C. Cheeks filed his "Plaintiff Motion to Submit Summary of Damages by Defendant Fort Myer Construction Corporation, to the Judge and Court for Default Judgment Order". On December 18, 2009, Defendant Fort Myer Construction Corporation filed its Motion to Vacate Entry of Default/Opposition to Motion for Default Judgment. That particular filing is currently pending before this Honorable Court. As such, it is premature for Plaintiff to present the instant motion to this Honorable Court.

2. Without conceding the propriety of the entry of default against Defendant Fort Myer Construction Corporation, it is submitted that the damage calculation presented by Plaintiff bears no relationship to any meaningful calculation of damages permitted by the causes of action alleged.

3. The damage calculations are spurious, baseless, and improper. By way of example, Plaintiff is calculating as his measure of damages the entire contract amount of projects he believes his company was deprived. This has no basis in fact or law for any of the counts against Defendant Fort Myer Construction Corporation.

4. The documentation presented by Plaintiff in his Complaint and the Summary of Damages are insufficient to establish the right to or amount of damages sought.

5. Defendant Fort Myer Construction Corporation respectfully requests this Honorable Court assess the proof of and entitlement to the damages claimed by Plaintiff, compel his production of all documentation to support said damages and conduct a hearing on said damage claims at which Fort Myer Construction Corporation may produce and examine witnesses and present legal argument. See Wagstaff-el v. Carlton Press Co., 913 F.2d 56 ($2^d$ Cir 1990) (Defendant's default does not in itself warrant a court entering a default judgment because there must be a sufficient basis in the pleadings for the judgment entered. The court must therefore evaluate the merits of the underlying claim and relief sought.)

WHEREFORE, Defendant Fort Myer Construction Corporation respectfully requests this Honorable Court deny Plaintiff's Motion to Submit Summary of Damages

by Defendant Fort Myer Construction Corporation, to the Judge and Court for Default Judgment Order.

> Respectfully submitted,
>
> Christopher A. Coppula /s/
> D.C. Bar No. 459269
> 2237 33rd Street, N.E.
> Washington, D.C. 20018
> 202.636.9535
> ccoppula@fortmyer.com
>
> Attorney for Defendant Fort Myer
> Construction Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing Opposition to Plaintiff's Motion to Submit Summary of Damages by Defendant Fort Myer Construction Corporation, to the Judge and Court for Default Judgment Order was this 4th day of January, 2010, served on all parties of record via PACER system and via first class mail, postage prepaid to:

John C. Cheeks
1425 K Street, N.W.
Ste. 350
Washington, D.C. 20005

Christopher A. Coppula /s/